5/14/15

United States District Court
of Southern District of New York
Pro Se Intake Unit

District Judge            Case
Analisa Torres            15 civ 0624

    I'm opposing to the motion of dismissing my case. I summitted my paper on January 22, 2015 by United States Postal Service, First Class Priority Mail.
    I received the right to sue letter on 10-28-2014. I called the pro se office for information on how can I summit the papers on my own. I received all the information needed and proceeded with summitting the papers before the deadline.

Thank You

Janet Reyes

RECEIVED
SDNY PRO SE OFFICE
2015 MAY 21 A 11:01

Janet Reyes
33-45-94 Street Apt 1C
Jackson Heights, NY 11372

United States District Court
Of Southern District of New York
500 Pearl Street, New York 10007-1312
Pro Se Intake Unit